UNITED STATES of America,
Plaintiff–Appellee,

v.

**Albert Eugene HARDY, Jr.,
Defendant–Appellant.**

No. 12–7698.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2013.

Decided: Feb. 7, 2013.

Albert Eugene Hardy, Jr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before KEENAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Eugene Hardy, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hardy,* No. 1:07–cr–00010–MR–1 (W.D.N.C. Aug. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*